Neil A. Tortora - 017312005
**MORRISON MAHONEY LLP**
**Waterview Plaza**
**2001 U.S. Highway 46, Suite 200**
**Parsippany, NJ 07054**
Phone:  973-257-3526
Fax:  973-257-3527
**Attorneys for Defendant, Mitsuwa Marketplace**

| | |
|---|---|
| ALICIA MICHAELS,<br><br>             Plaintiff,<br><br>v.<br><br>MITSUWA MARKETPLACE, ABC CORPORATIONS (fictitious names) and JOHN DOE I-III (fictitious names),<br><br>             Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO.:  2:20-CV-11760<br><br>Civil Action<br><br>**FED R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant, Mitsuwa Marketplace, states as follows:  Mitsuwa Marketplace has the following parent corporation(s)/publicly held corporation(s) that owns 10% or more of its stock:  Mitsuwa Corp. is a California company located at 1815 W. 213th Street, Torrance, CA 90501.

                                      **Morrison Mahoney LLP**

                                      Attorneys for Defendant,
                                      Mitsuwa Marketplace

Dated:  August 28, 2020                     By:  /s/ *Neil A. Tortora*
                                                                    Neil A. Tortora

## CERTIFICATION OF SERVICE

I hereby certify that on this date, I caused to be served via Federal Express, a true and correct copy of the foregoing Fed. R. Civ. P. 7.1 Disclosure Statement on:

Jerry Maroules, Esq.
Agrapidis & Maroules, P.C.
777 Terrace Avenue, Suite 504
Hasbrouck Heights, New Jersey 07604

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.


Dated: August 28, 2020                    /s/ *Neil A. Tortora*
                                          Neil A. Tortora

2

1260931v.1